## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DWAYNE STAATS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-2003-GBW |
| | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

At Wilmington, on this 6th day of February 2025, having considered Defendants' motion to dismiss for lack of prosecution (D.I. 93);

WHEREAS, on April 18, 2024, the Court entered an Order (D.I. 87) requiring Plaintiff to answer Defendants' discovery requests within the next twenty days; and

WHEREAS, to date, Plaintiff has not filed a response to Defendants' discovery requests;

IT IS HEREBY ORDERED that Defendants' motion to dismiss (D.I. 93) is **GRANTED**, and this action is **DISMISSED without prejudice for Plaintiff's failure to prosecute**; and

IT IS FURTHER ORDERED that the remaining pending motions (D.I. 89; D.I. 90; D.I. 96) are **DENIED as moot.**

_____
The Honorable Gregory B. Williams